IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

HENRY H. RILEY,
    Plaintiff,

v.                                  Civil No. 3:21cv125 (DJN)

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,
    Defendants.

## ORDER
### (Dismissing Case With Prejudice)

This matter comes before the Court on the parties' joint Stipulation of Dismissal (ECF No. 17). Based on the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE all claims by Plaintiff against Defendants, with each party to bear its own fees and costs. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court retains jurisdiction for the limited purpose of enforcing the terms of any final settlement agreement reached by the parties.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                              /s/
                                                 David J. Novak
                                               United States District Judge

Richmond, Virginia
Dated: December 10, 2021